UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF
AMERICA,
Plaintiff                              Case no. 3:10-CR-00187

-v-                    FILED
                       SCRANTON
DAVION DAVIS,          JUN 29 2020
Defendant         PER _____ DEPUTY CLERK


EMERGENCY MOTION FOR REDUCTION
IN SENTENCE PURSUANT TO 18 U.S.C.
3582 (C)(1)(A)(i) AS AMENDED BY
THE FIRST STEP ACT OF 2018

     Defendant, Davion Davis, requests that
the Court reduce his sentence to time served
in order for him to shelter in place at home
due to his vulnerability to the COVID-19 virus
in the prison which he is confined and pursuant
to 18 U.S.C. 3582(c)(1)(A)(i) as amended by the
First Step Act of 2018.
     Defendant is currently sentenced to a one-
year sentence for a violation of probation. He
is incarcerated at Cumberland FCI located in

- 1 -

Cumberland, Maryland. The prison has experienced an outbreak of COVID-19 since the Court imposed judgment on defendant. Additionally, the Health Services staff at the prison refuses to test inmates for the COVID-19 virus unless the inmate has myriad symptoms including a high fever. Due to this, the prison is unable to provide defendant with a safe enviornment in which he may provide self-care including social distancing, sheltering in place, and other methods of safe practices for remaining healthy recommended by the CDC (see www.cdc.gov/coronavirus).

Defendant suffers from myriad health issues rendering him extremely vulnerable to the COVID-19 virus as articulated by the CDC (see CDC website, supra). These health issues include: hypertension, diabetes, obesity, and also hyperlipidemia. See Exhibit A which is a portion of defendant's prison medical records obtained from FCI Cumberland's medical records staff.

Defendant submitted a request to the warden of FCI Cumberland on 4/6/2020 for compassionate release which is attached as Exhibit B. Since 30 days have passed since the warden received this request, defendant may now

submit a motion for compassionate release directly to the Court. See 18 U.S.C. 3582(c)(1)(A); see also United States v. Cantu, No. 1:05-CR-458-1, 2019 WL 2498923, at * 3 (S.D. Tex. June 17, 2019) ("Under the newly amended section 3582 (c)(1)(A) [the defendant] has standing to bring this motion because more than 30 days elapsed between his reduction-in-sentence request to the warden and a response.")

Accordingly, defendant respectfully requests that the Court reduce his sentence to time served so he may safely shelter in place at home.

Respectfully submitted,

Dated: 6/22/20

By: DAVION DAVIS
Prisoner no. 69501-067
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501
(301) 784-1000



3

EXHIBIT A

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 69501-067        Inmate Name: DAVIS, DAVION PRESTON

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hypermetropia** | | | | | | |
| 12/14/2011 14:17 EST Clough, S. OD | III | ICD-9 | 367.0 | 12/14/2011 | Current | 12/14/2011 |
| **Regular astigmatism** | | | | | | |
| 12/14/2011 14:17 EST Clough, S. OD | III | ICD-9 | 367.21 | 12/14/2011 | Current | 12/14/2011 |
| **Hypertension, Unspecified essential** | | | | | | |
| 06/06/2018 15:25 EST Gera, Tom PA-C | III | ICD-9 | 401.9 | 02/18/2011 | Current | 06/06/2018 |
| 11/17/2014 14:03 EST Meyer, Christopher PA-C | III | ICD-9 | 401.9 | 02/18/2011 | Resolved | 11/17/2014 |
| 09/22/2011 15:19 EST Gupta, R. M.D. | III | ICD-9 | 401.9 | 02/18/2011 | Remission | 09/22/2011 |
| 02/18/2011 14:36 EST Malingkas, Victoria MLP | III | ICD-9 | 401.9 | 02/18/2011 | Current | 02/18/2011 |
| **Type 2 diabetes mellitus** | | | | | | |
| 03/13/2018 09:08 EST Billiter, W. PA-C | III | ICD-10 | E119 | 03/13/2018 | Current | |
| **Obesity** | | | | | | |
| 03/13/2018 09:07 EST Billiter, W. PA-C | III | ICD-10 | E669 | 10/05/2017 | Current | |
| 10/05/2017 10:47 EST Rosario, Norbert MD 365 lbs | III | ICD-10 | E669 | 10/05/2017 | Current | |
| **Hyperlipidemia, unspecified** | | | | | | |
| 03/13/2018 09:11 EST Billiter, W. PA-C 354.6 lbs | III | ICD-10 | E785 | 03/13/2018 | Current | |
| **No Diagnosis** | | | | | | |
| 01/05/2016 12:15 EST Brown, Kristine Ph.D. | I | DSM-IV | No Dx | 12/03/2015 | Current | 12/03/2015 |
| **Encounter for general adult medical exam without abnormal findings** | | | | | | |
| 05/26/2017 08:25 EST Seroski, Jennifer PA-C | | ICD-10 | Z0000 | 05/26/2017 | Current | |
| **Body mass index (BMI) 40.0-44.9, adult** | | | | | | |
| 03/13/2018 09:07 EST Billiter, W. PA-C BMI 42.2 | | ICD-10 | Z6841 | 03/13/2018 | Current | |
| 10/05/2017 10:47 EST Rosario, Norbert MD BMI 41 | | ICD-10 | Z6841 | 10/05/2017 | Current | |

Reg #:  6950I-067

Inmate Name:  DAVIS, DAVION PRESTON

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Headache** | | | | | | |
| 05/26/2017 08:25 EST   Seroski, Jennifer PA-C | III | ICD-9 | 784.0 | 03/09/2011 | Resolved | 05/26/2017 |
|     I feel are due to eye strain. (03/2011) | | | | | | |
| 03/09/2011 22:42 EST   Quinn, Ross MD | III | ICD-9 | 784.0 | 03/09/2011 | Current | 03/09/2011 |
|     I feel are due to eye strain. (03/2011) | | | | | | |
| **Prediabetes** | | | | | | |
| 03/13/2018 09:07 EST   Billiter, W. PA-C | III | ICD-10 | R7303 | 09/26/2017 | Resolved | 03/13/2018 |
| 09/26/2017 16:05 EST   Rosario, Norbert MD | III | ICD-10 | R7303 | 09/26/2017 | Current | 03/13/2018 |
|     A1c 6.5%, BG 116 mg/dl | | | | | | |
| **Injury, face (unspecified)** | | | | | | |
| 05/26/2017 08:25 EST   Seroski, Jennifer PA-C | | ICD-10 | S0993X | 08/15/2016 | Resolved | 05/26/2017 |
| 08/15/2016 10:47 EST   Zimmerman, Anna CRNP | | ICD-10 | S0993X | 08/15/2016 | Current | |
| **Examination for medicolegal reasons** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | V70.4 | 12/07/2012 | Resolved | 05/28/2013 |
| 05/28/2013 14:54 EST   Nehls, Teresa NP | III | ICD-9 | V70.4 | 12/07/2012 | Resolved | 05/28/2013 |
| 12/07/2012 19:40 EST   Cink, B. PA-C | III | ICD-9 | V70.4 | 12/07/2012 | Current | 12/07/2012 |
| **Examination for medicolegal reasons** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | V70.4 | 05/05/2011 | Resolved | 05/05/2011 |
| 05/05/2011 17:03 EST   Hernandez, Martin MLP | III | ICD-9 | V70.4 | 05/05/2011 | Resolved | |

**Total:  14**

# Bureau of Prisons
## Health Services
## Inmate  Report Only (formerly labeled ISDS)

**Reg #:**  69501-067          **Inmate Name:** DAVIS, DAVION PRESTON

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes

| | | | |
|---|---|---|---|
| Last PPD Date: 01/26/2020 | | Induration: | 0mm |
| Last Chest X-Ray Date: | | Results: | |
| TB Treatment: | | Sx free for 30 days: | Yes |
| TB Follow-up Recommended: No | | | |

Transfer To: _____     Transfer Date: 03/06/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Hypermetropia | Current |
| Regular astigmatism | Current |
| Hypertension, Unspecified essential | Current |
| Type 2 diabetes mellitus | Current |
| Obesity | Current |
| 365 lbs | |
| Hyperlipidemia, unspecified | Current |
| No Diagnosis | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| Body mass index (BMI) 40.0-44.9, adult | Current |
| BMI 42.2 | |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated.
Bolded drugs required for transport.**

Atorvastatin 40 MG TAB  Exp: 02/05/2021  SIG: Take one tablet (40 MG) by mouth each evening
Insulin  NPH (10 ML) 100 UNITS/ML INJ  Exp: 02/06/2021  SIG: Inject 18 units of NPH insulin subcutaneously
each morning---Inject 12 units of NPH insulin subcutaneously each evening ***pill line***
Insulin  Reg (10 ML) 100 UNITS/ML Inj  Exp: 05/07/2020  SIG: Inject regular insulin subcutaneously per
sliding scale: twice daily AS NEEDED 150-200 2 units, 201-250 4 units, 251-300 6 units, 301-350 8 units, 351-
400 10 units ***pill line***
Lisinopril 20 MG Tab  Exp: 02/05/2021  SIG: Take one tablet (20 MG) by mouth each day
metFORMIN HCl 1000 MG Tab  Exp: 02/05/2021  SIG: Take one tablet (1000 MG) by mouth twice daily with
food

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 02/13/2020 | 00:00 | Pneumovax 23 Immunization | Nurse 01 |
| 03/06/2020 | 00:00 | Optometry Exam | Optometrist |
| 01/26/2021 | 00:00 | PPD Administration | Nurse |
| 02/05/2021 | 00:00 | Chronic Care Visit | Physician |
| 02/05/2021 | 00:00 | MLP Chronic Care Follow up | MLP 03 |

**Non-Medication Orders:**

| Order Name | Status | Frequency | Duration | Order Date | Details |
|---|---|---|---|---|---|
| EKG | Pending | One Time | | 02/06/2020 | baseline |

**Active Alerts:**
No Data Found

**Consultations:**

| Reg #:  69501-067 | Inmate Name:  DAVIS, DAVION PRESTON |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Pending Institutional Clinical Director Action**
  No Data Found

**Pending UR Committee Action**
  No Data Found

**Pending Regional Review Action**
  No Data Found

**Pending Scheduling**
  No Data Found

**Pending Consultation**
  No Data Found

**Pending Results**
  No Data Found

**Sickle Cell:**
  Sickle Cell Trait/Disease:     No

**Limitations/Restrictions/Diets:**
  Cleared for Food Service: Yes
  Not Medically Cleared --- permanent

**Comments:**


**Allergies**
  No Known Allergies

**Devices / Equipment**
  Eye Glasses

**Travel:**
  Direct Travel: No
Travel Restrictions:  None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  CUMBERLAND FCI          Phone Number:  3017841000
          Address 1:  14601 BURBRIDGE RD SE
          Address 2:
        City/State/Zip:  CUMBERLAND, Maryland 21502

Name/Title of Person Completing Form:  Roach, Steven RN                    Date:  03/06/2020

Inmate Name:  DAVIS, DAVION PRESTON          Reg #:  69501-067    DOB:  02/20/1985    Sex:    M

EXHIBIT B

**From:**       ^!"DAVIS,  ^!DAVION PRESTON" <69501067@inmatemessage.com>
**To:**
**Date:**       4/6/2020 2:21 PM
**Subject:**    ***Request to Staff*** DAVIS, DAVION, Reg# 69501067, CUM-C-A

To: warden
Inmate Work Assignment: na

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
a77c8fe7-832f-436b-9900-c46d43901f85
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


i am requestion for emergency compassionate release now that Covid-19 has reach inside the prison i am subject to fatal danger being that i am type 2 diabetes chronic hypertension and high cholestrol ..Especially being that my diabetes is very serious and always high i am under  1year on violaion but with the seriousness of this pandemic there is high risk for fatality my lawyer said we must sub,it a pardon from you i ask that you seriously consider my request please and thank you.

DAVION DAVIS #69501-067
FEDERAL CORRECTIONAL INSTITUT
P.O. BOX 1000
CUMBERLAND, Md. 21501-100

RECEIVED
SCRANTON

JUN 2 9 2020

PER_____
DEPUTY CLERK

U.S. DISTRI
Attn: CLERK
235 N. WA
P.O. BOX 11
SCRANTON

LEGAL MAIL